# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JAMIE LABRANCHE                                    CIVIL ACTION

VERSUS                                             NO.  26-139-SDD-RLB

STATE OF LOUISIANA, ET AL.

## ORDER

Considering Plaintiff's Motion for Settlement Conference and Proposed Settlement Terms. (R. Doc. 26),

**IT IS ORDERED** that the Motion is **DENIED**. The undersigned will not schedule a settlement conference through the unilateral request of a party. It is also not clear that this case would be appropriate for such a negotiated resolution. However, should all parties agree to a settlement conference, a joint motion may be filed.

Signed in Baton Rouge, Louisiana, on July 10, 2026.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE