## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JAMIE LABRANCHE

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

26-139-SDD-RLB

### RULING

The Court has carefully considered the *Motion,[1] record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated June 25, 2026, to which to which an *Objection*[3] was filed.  The Court has considered Plaintiff's Objection and conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's *Emergency Motion for Temporary Restraining Order and Preliminary Injunction*[4] is DENIED.

Signed in Baton Rouge, Louisiana, on this 22 day of July, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 17.
[2] Rec. Doc. 24.
[3] Rec. Doc. 25.
[4] Rec. Doc. 17.