**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JAMIE LABRANCHE

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

26-139-SDD-RLB

**RULING**

The Court has carefully considered the *Motions,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated September 2, 2026, to which to which an *Objection*[3] was filed. The Court has considered Plaintiff's Objection and conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Secretary Nancy Landry's Motion to Dismiss[4] and Governor Jeff Landry, the State of Louisiana, and the Louisiana State Board of Elections' Motion to Dismiss[5] is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

Signed in Baton Rouge, Louisiana, on this 23 day of September, 2025.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 16 and 19.
[2] Rec. Doc. 34.
[3] Rec. Doc. 36.
[4] Rec. Doc. 16.
[5] Rec. Doc. 19.